**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ANTHONY DOZIER,

    Petitioner,                                 Case No. 08-14991
                                                  HON. BERNARD A. FRIEDMAN

v.

RAYMOND BOOKER,

    Respondent,

_____/

## **JUDGMENT**

The above entitled matter having come before the Court on a petition for writ of habeas corpus, Honorable Bernard A. Friedman, a United States District Court Judge, presiding, and in accordance with the memorandum opinion and order entered on January 17, 2013.

IT IS ORDERED AND ADJUDGED that the petition for writ of habeas corpus is denied with prejudice.

IT IS FURTHER ORDERED AND ADJUDGED that a certificate of appealability and leave to appeal *in forma pauperis* are denied.

Dated at Detroit, Michigan, this 17th , day of January, 2013.

                                                                               DAVID J. WEAVER
                                                                               CLERK OF THE COURT

APPROVED:                                                         BY: s/Michael Williams
                                                                                  DEPUTY CLERK

s/Bernard A. Friedman
HON. BERNARD A. FRIEDMAN
UNITED STATES DISTRICT JUDGE